UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KING COUNTY, WASHINGTON,
Individually and on Behalf of All Others
Similarly Situated,

        Plaintiff,

v.

IKB DEUTSCHE INDUSTRIEBANK AG,
IKB CREDIT ASSET MANAGEMENT GmbH,
MOODY'S INVESTORS SERVICE, INC.,
MOODY'S INVESTORS SERVICE LIMITED,
THE McGRAW HILL COMPANIES, INC.
(d/b/a STANDARD & POOR'S RATINGS
SERVICES), FITCH, INC., WINFRIED REINKE
and STEFAN ORTSEIFEN,

        Defendants.

**ORDER EXTENDING TIME
(ON CONSENT)**

Civil Action No.
09-CV-08387 (SAS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/10

---

Pursuant to the application of Thomas S. Wiswall, Esq. of Phillips Lytle LLP, by letter dated December 31, 2009, on behalf of defendant Stefan Ortseifen, and with the consent of plaintiff's counsel, it is hereby

ORDERED that the time for Mr. Ortseifen to answer or move against the complaint pursuant to Fed. R. Civ. P., Rule 12, is extended to and including February 3, 2010.

SO ORDERED this 5 day of January 2010.

                                              Shira A. Scheindlin, USDJ

Doc # 01-2342956.1