UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IOWA STUDENT LOAN LIQUIDITY CORPORATION, Individually and on Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>                v.<br><br>IKB DEUTSCHE INDUSTRIEBANK, AG; IKB CREDIT ASSET MANAGEMENT, GmbH; MOODY'S INVESTORS SERVICE, INC.; MOODY'S INVESTOR SERVICE LIMITED; THE MCGRAW-HILL COMPANIES, INC. (d/b/a STANDARD & POOR'S RATING SERVICES); FITCH, INC.; WINIFRED REINKE and STEFAN ORTSEIFEN,<br><br>                                  Defendants. | CIVIL ACTION NO. 09-CV-8822 (SAS) |
| KING COUNTY, WASHINGTON, Individually and on Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>                v.<br><br>IKB DEUTSCHE INDUSTRIEBANK, AG; IKB CREDIT ASSET MANAGEMENT, GmbH; MOODY'S INVESTORS SERVICE, INC.; MOODY'S INVESTOR SERVICE LIMITED; THE MCGRAW-HILL COMPANIES, INC. (d/b/a STANDARD & POOR'S RATING SERVICES); FITCH, INC.; WINIFRED REINKE and STEFAN ORTSEIFEN ,<br><br>                                   Defendants. | CIVIL ACTION NO. 09-CV-8387 (SAS) |

## **NOTICE OF MOTION BY FITCH, INC. TO DISMISS THE COMPLAINTS**

       PLEASE TAKE NOTICE that Defendant Fitch, Inc., upon the accompanying Memorandum of Law in Support of Its Motion to Dismiss the Complaints

and Declaration of Andrew J. Ehrlich and attached exhibits thereto, will move, by and through its undersigned attorneys, before the Honorable Shira A. Scheindlin, United States District Judge at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15C, New York, New York 10007, at such date as the Court will determine, for an Order, under Fed. R. Civ. P. 9(b), and 12(b)(6), dismissing all claims asserted against Fitch in the Complaints.

Dated: January 15, 2010
New York, New York

                        Respectfully submitted,

                        /s/ Martin Flumenbaum
                        Martin Flumenbaum
                        Roberta A. Kaplan
                        Andrew J. Ehrlich
                        PAUL, WEISS, RIFKIND, WHARTON &
                        GARRISON LLP
                        1285 Avenue of the Americas
                        New York, NY 10019-6064
                        Telephone: 212-373-3000
                        Facsimile:  212-757-3990
                        *Attorneys for Defendant Fitch, Inc.*