UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KING COUNTY, WASHINGTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IKB DEUTSCHE INDUSTRIEBANK AG, et al.,<br><br>Defendants. | Civil Action No. 1:09-cv-08387-SAS<br>ECF Case<br><br>CLASS ACTION |
| IOWA STUDENT LOAN LIQUIDITY CORPORATION, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IKB DEUTSCHE INDUSTRIEBANK AG, et al.<br><br>Defendants. | Civil Action No. 1:09-cv-08822-SAS<br>ECF Case<br><br>CLASS ACTION |

### NOTICE OF MOTION OF DEFENDANTS IKB DEUTSCHE INDUSTRIEBANK AG AND IKB CREDIT ASSET MANAGEMENT GMBH TO DISMISS THE COMPLAINTS UNDER RULES 9(B) AND 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE that Defendants IKB Deutsche Industriebank AG and IKB Credit Asset Management GmbH, upon the accompanying Memorandum of Law in Support of Their Motion to Dismiss the Complaints Under Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Declaration of Zachary D. Rosenbaum, with attached exhibits, will move, through their undersigned counsel, before the Honorable Shira A. Scheindlin, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15C, New York, New York 10007, at such date as the Court will determine, for an

Order granting their Motion to Dismiss the Complaint filed by Plaintiff King County, Washington and the Complaint filed by Plaintiff Iowa Student Loan Liquidity Corporation for failure to state a claim upon which relief can be granted and lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(6) and for failure to plead fraud with particularity pursuant to Federal Rule of Civil Procedure 9(b).

Dated: February 3, 2010
New York, New York

**LOWENSTEIN SANDLER PC**

By:     s/ John J.D. McFerrin-Clancy
    Zachary D. Rosenbaum
    John J.D. McFerrin-Clancy
    Thomas E. Redburn, Jr.
    Jennifer J. McGruther
    1251 Avenue of the Americas
    New York, New York  10020
    Tel.: 212.262.6700
    Fax: 212.262.7402
    -and-
    65 Livingston Avenue
    Roseland, New Jersey  07068
    Tel.: 973.597.2500
    Fax: 973.597.2400
    zrosenbaum@lowenstein.com
    jmcferrin-clancy@lowenstein.com
    tredburn@lowenstein.com
    jmcgruther@lowenstein.com

*Attorneys for Defendants*
  *IKB Deutsche Industriebank AG and*
  *IKB Credit Asset Management*
  *GmbH*