# Lowenstein Sandler
ATTORNEYS AT LAW

John J.D. McFerrin-Clancy
Member of the Firm

Tel 646 414 6914
Fax 973 422 6897

jmcferrin-clancy@lowenstein.com

April 7, 2010

*Defendants' request for an adjournment of the April 26, 2010 status conference is HEREBY DENIED.*
*Date: 4/9/10 SO ORDERED*
*Shira A. Scheindlin*
*USDJ*
*APR 07 2010*

VIA FACSIMILE

Hon. Shira A. Scheindlin, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Chambers 1620
New York, NY 10007-1312

Re: King County, Washington et al. v. IKB Deutsche Industriebank AG et al.,
Docket No. 09 Civ. 8387 (SAS)

Iowa Student Loan Liquidity Corp. et al. v. IKB Deutsche Industriebank AG et al.
Docket No. 09 Civ. 8822 (SAS)

Dear Judge Scheindlin:

We represent defendants IKB Deustsche Industriebank AG and IKB Credit Asset Management GmbH and write to request an adjournment of the status conference in the above referenced matters, which is currently scheduled for April 26, 2010, at 3:30 p.m. The Court rescheduled the conference to the 26th from its original date of April 13, and unfortunately we have a scheduling conflict with the new date.

This is the first request for an adjournment of this conference, and all parties have consented and are available for the conference the following week of May 3, 2010, with the exception of May 4. Therefore, we respectfully request that the Court reschedule the status conference from April 26 to any day except Tuesday of the following week.

Respectfully submitted,

John J.D. McFerrin-Clancy

JMC:ep

Enclosure(s)
cc: Daniel Drosman, Esq. (via e-mail w/ encl.)


FILED 4/9/10

Lowenstein Sandler PC

www.lowenstein.com

Shira A. Scheindlin, U.S.D.J.  
Page 2

April 7, 2010

      Luke O. Brooks, Esq. (via e-mail w/ encl.)  
      Jessica Shinnefield, Esq. (via e-mail w/ encl.)  
      Jason Davis, Esq. (via e-mail w/ encl.)  
      Dean Ringel, Esq. (via e-mail w/ encl.)  
      Brian T. Markley, Esq. (via e-mail w/ encl.)  
      Floyd Abrams, Esq. (via e-mail w/ encl.)  
      Jason M. Hall, Esq. (via e-mail w/ encl.)  
      Amy K. Sterner, Esq. (via e-mail w/ encl.)  
      Joshua M. Rubins, Esq. (via e-mail w/ encl.)  
      James J. Coster, Esq. (via e-mail w/ encl.)  
      Meghan H. Sullivan, Esq. (via e-mail w/ encl.)  
      Aaron M. Zeisler, Esq. (via e-mail w/ encl.)  
      Martin Flumenbaum, Esq. (via e-mail w/ encl.)  
      Roberta A. Kaplan, Esq. (via e-mail w/ encl.)  
      Andrew J. Ehrlich, Esq. (via e-mail w/ encl.)  
      Barry A. Kamar, Esq. (via e-mail w/ encl.)  
      Thomas Wiswall, Esq. (via e-mail w/ encl.)  
      Zachary D. Rosenbaum, Esq. (via e-mail w/ encl.)  
      Thomas E. Redburn, Esq. (via e-mail w/ encl.)  
      Jennifer J. McGruther, Esq. (via e-mail w/ encl.)

21292/12  
04/07/10 14144749.1

