*Scheindlin, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
KING COUNTY, WASHINGTON,            :   Civil Action No. 1:09-cv-08387-SAS
Individually and on Behalf of All Others :
Similarly Situated,                 :   CLASS ACTION
                                    :
                    Plaintiff,      :   STIPULATION AND [PROPOSED] ORDER
                                    :
        vs.                         :
                                    :
IKB DEUTSCHE INDUSTRIEBANK AG, et   :
al.,                                :
                                    :
                    Defendants.     :
---------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/10

521705_1

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for defendant Winfried Reinke to answer or move with respect to the complaint (other than on the ground of improper service) is extended to a date that is thirty days after a decision is rendered on the motion to dismiss of defendant Stefan Ortseifen.

DATED: May 4, 2010

ROBBINS GELLER RUDMAN
   & DOWD LLP
LUKE O. BROOKS
JASON C. DAVIS

_____
LUKE O. BROOKS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415-288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
PATRICK J. COUGHLIN
DANIEL S. DROSMAN
MICHAEL F. GHOZLAND
JESSICA T. SHINNEFIELD
NATHAN R. LINDELL
CHRISTINA A. ROYCE
DARRYL J. ALVARADO
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
JARRETT S. CHARO
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Attorneys for Plaintiff

- 1 -

DATED: May 5, 2010

DUANE MORRIS LLP
FRAN M. JACOBS

_____Fran M. Jacobs_____
FRAN M. JACOBS

1540 Broadway
New York, NY 10036-4086
Telephone: 212/692-1000
212/202-6413 (fax)
fmjacobs@duanemorris.com

Attorneys for Defendant Winfried Reinke

SO ORDERED:

_____
THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

Dated: 5/6/10

- 2 -

521705.1