UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | | |
|---|---|---|
| KING COUNTY, WASHINGTON, IOWA STUDENT LOAN LIQUIDITY CORPORATION, Together and on Behalf of All Others Similarly Situated, | : : : : | 09 Civ. 08387 (SAS) |
| | : | NOTICE OF OBJECTION TO |
| | : | <u>PERSONAL JURISDICTION</u> |
| Plaintiff, | : | |
| | : | |
| -against-. | : | |
| | : | |
| IKB DEUTSCHE INDUSTRIEBANK AG, et al., | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------

PLEASE TAKE NOTICE that, the time for moving to dismiss for lack of personal jurisdiction having been extended based on the Court's Opinion and Order dated May 4, 2010 on the motion to dismiss of defendant Stefan Ortseifen pursuant to Fed. R. Civ. P. 12(b)(2), defendant Winfried Reinke, by his attorneys, Duane Morris LLP, hereby states that, in order to preserve his rights under Sections 328(1) and 39 of the German Code of Civil Procedure, he objects, and has not consented, to the jurisdiction of this Court.

Dated: New York, NY
July 14, 2010

                                           DUANE MORRIS LLP

                                         By:  /s/ Fran M. Jacobs
                                                Fran M. Jacobs
                                         1540 Broadway
                                         New York, NY 10036-4086
                                         (212) 692-1000
                                         Attorneys for Winfried Reinke

TO:    ROBBINS GELLER RUDMAN
         & DOWD LLP
        655 West Broadway, Suite 1900
        San Diego, CA  92101-3301
        619-231-1058

- 2 -

ROBBINS GELLER RUDMAN
 & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
631-367-7100

    -and-

ROBBINS GELLER RUDMAN
 & DOWD LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
415-288-4545

Attorneys for Plaintiffs

CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY  10005-1702
212-701-3000
Attorneys for Defendant McGraw-Hill Companies, Inc.

LOWENSTEIN SANDLER PC
1251 Avenue of the Americas
New York, NY  10020
212-262-6700

   - and -

LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, NJ  07068
973-597-2500
Attorneys for Defendant IKB Deutsche Industriebank A.G.
   and IKB Credit Asset Management, GmbH

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
212-373-3000
Attorneys for Defendant Fitch, Inc.

- 3 -

SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, 11th Floor
New York, NY  10169
212-818-9200
Attorneys for Defendant Moody's Investors Service, Inc.
   and Moody's Investors Services Ltd.

PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, NY  14203-2887
716-847-8400
Attorneys for Defendant Stefan Ortseifen