UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
KING COUNTY, WASHINGTON, IOWA  :  1:09-CV-08387 (SAS)
STUDENT LOAN LIQUIDITY CORPORATION, :
Together and on Behalf of All Others :
Similarly Situated, et ano., :
                                   :
                    Plaintiffs, :  STIPULATION AND ORDER
                                   :
        -against-.                 :
                                   :
IKB DEUTSCHE INDUSTRIEBANK AG, et al., :
                                   :
                    Defendants.    :
----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned as follows:

Defendants Stefan Ortseifen ("Ortseifen") and Winfried Reinke ("Reinke") shall serve and file their motions to dismiss the complaint for lack of jurisdiction and failure to state a claim by September 14, 2010;

Plaintiffs shall serve and file any opposition to the motions of Ortseifen and Reinke by October 14, 2010; and

Ortseifen and Reinke shall serve and file any reply in further support of their motions by November 4, 2010.

Dated: August 31, 2010

ROBBINS GELLER RUDMAN & DOWD LLP

By: _____
        Daniel Drosman
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
619-231-1058

DM3\1471860.1

-and-

ROBBINS GELLER RUDMAN & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
415-288-4545

Attorneys for Plaintiffs


PHILLIPS LYTLE LLP

By: *Thomas S. Wiswall*
    Thomas S. Wiswall

3400 HSBC Center
Buffalo, NY 14203-2887
716-847-8400
Attorneys for Defendant Stefan Ortseifen


DUANE MORRIS LLP

By: *Fran M. Jacobs*
    Fran M. Jacobs

1540 Broadway
New York, NY 10036-4086
(212) 692-1000
Attorneys for Defendant Winfried Reinke

SO ORDERED:

_____
U.S.D.J.

9/1/10