UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————

KING COUNTY, WASHINGTON,
IOWA STUDENT LOAN LIQUIDITY
CORPORATION, etc.,

**NOTICE OF RENEWED
MOTION TO DISMISS BY
STEFAN ORTSEIFEN**

                    Plaintiffs,

          v.

IKB DEUTSCHE INDUSTRIEBANK, AG,
IKB CREDIT ASSET MANAGEMENT,
GmbH, MOODY'S INVESTORS SERVICE,
INC., MOODY'S INVESTORS SERVICE
LIMITED, THE McGRAW HILL
COMPANIES, INC. (d/b/a STANDARD &
POOR'S RATINGS SERVICES), FITCH,
INC., MORGAN STANLEY & CO.
INCORPORATED, MORGAN STANLEY &
CO. INTERNATIONAL LIMITED,
WINFRIED REINKE and STEFAN
ORTSEIFEN,

Civil Action No. 1:09-cv-08387-SAS

                    Defendants.
———————————————————————

          PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P., Rule 8(a), 9(b),

12(b)(2) and 12(b)(6), the Opinion and Order of this Court filed May 4, 2010 (Court document

102), and the Stipulation and Order filed September 2, 2010 (court doc. 143), defendant Stefan

Ortseifen hereby renews his motion for an order and judgment dismissing this action and all

claims asserted in it against him, and granting to him such other relief as is just.  This renewed

motion is being made returnable on November 9, 2010, at Courtroom 15C, 500 Pearl Street, New

York, NY  10007, and will be heard, if oral argument is permitted, at a date and time to be

determined by the Court.

This renewed motion is made upon all of the motion papers filed previously in this litigation in support of Mr. Ortseifen's motions dated February 3, 2010 and March 23, 2010, which include court documents 51, 52, 53, 80, and 81, filed under Civil Action No. 1:09-cv-08387-SAS; and court documents 78, 79, 80, and 91, filed under Civil Action No. 1:09-cv-08822-SAS.  This renewed motion to dismiss is also made upon the following additional motion papers:  (1) Affirmation of Stefan Ortseifen, dated September 8, 2010; (2) Affirmation of Thomas S. Wiswall, dated September 13, 2010; (3) Supplemental Affirmation of Thomas S. Wiswall, dated September 13, 2010; (4) Memorandum of Law, dated September 13, 2010; and (5) all other papers filed in this litigation that are relevant to the issues raised herein.

As stated in detail in the supporting papers, this renewed motion is made on the grounds that the Court lacks personal jurisdiction over Mr. Ortseifen; there is no sufficient basis for the assertion of personal jurisdiction over him in this action; and plaintiffs' first amended consolidated complaint (court document 115) fails to state a claim upon which relief against Mr. Ortseifen can be granted.

The undersigned hereby certifies that the pre-motion letters required by § III.B. of this Court's Individual Rules and Procedures have been exchanged.

Oral argument is requested.

Dated: September 13, 2010
        Buffalo, New York

                        Respectfully,

                        PHILLIPS LYTLE LLP

                        By _____/s/  Thomas S. Wiswall_____
                                    Thomas S. Wiswall
                        Attorneys for Defendant Stefan Ortseifen
                        3400 HSBC Center
                        Buffalo, New York  14203-2887
                        Telephone No. (716) 847-8400

TO:    Daniel Drosman, Esq.
       ROBBINS GELLER RUDMAN & DOWD LLP
       655 West Broadway, Suite 1900
       San Diego, California  92101
       *Counsel for Plaintiff*

       Luke O. Brooks, Esq.
       ROBBINS GELLER RUDMAN & DOWD LLP
       Post Montgomery Center
       One Montgomery Street, Suite 1800
       San Francisco, CA  94104
       *Counsel for Plaintiff*

       Joshua M. Rubins, Esq.
       SATTERLEE STEPHENS BURKE & BURKE LLP
       230 Park Avenue, Suite 1130
       New York, New York  10169-0079
       *Counsel for Defendants Moody's Investors Service, Inc. and
       Moody's Investor Service Ltd.*

       Martin Flumenbaum, Esq.
       PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
       1285 Avenue of the Americas
       New York, New York  10019-6064
       *Counsel for Defendant Fitch, Inc.*

       John J. D. McFerrin-Clancy, Esq.
       LOWENSTEIN SANDLER PC
       1251 Avenue of the Americas
       New York, New York  10020
       *Counsel for Defendants IKB Deutsche Industriebank AG and
       IKB Credit Asset Management GmbH*

       Jason Hall, Esq.
       CAHILL GORDON & REINDEL LLP
       80 Pine Street
       New York, New York  10005-1702
       *Counsel for Defendant The McGraw-Hill Companies, Inc.
       (d/b/a Standard & Poor's Rating Services)*

       Dean Ringel, Esq.
       CAHILL GORDON & REINDEL LLP
       80 Pine Street
       New York, NY  10005-1702
       *Counsel for Defendant The McGraw-Hill Companies, Inc.
       (d/b/a Standard & Poor's Rating Services)*

Fran M. Jacobs, Esq.
DUANE MORRIS, LLP
1540 Broadway
New York, New York 10036-4086
*Counsel for Defendant Winfried Reinke*

James P. Rouhandeh, Esq.
DAVIS POLK & WARDWELL, LLP
450 Lexington Avenue
New York, NY  10017
*Counsel for Morgan Stanley*

Doc # 01-2390913.1