UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KING COUNTY, WASHINGTON, IOWA           :   1:09-CV-08387 (SAS)
STUDENT LOAN LIQUIDITY CORPORATION,     :
Together and on Behalf of All Others    :
Similarly Situated, et ano.,            :
                                        :
                        Plaintiffs,     :
                                        :   AFFIDAVIT OF SERVICE
        -against-.                      :
                                        :
IKB DEUTSCHE INDUSTRIEBANK AG, et al.,  :
                                        :
                        Defendants.     :
------------------------------------------------------------------x

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

NANCY MENNA, being duly sworn, deposes and says:

1. I am employed by the firm of Duane Morris LLP, attorneys for defendant Winfried Reinke in this action.

2. I am over 18 years of age and am not a party to this action.

3. On September 14, 2010, I served (1) Notice of Motion of Defendant Winfried Reinke to Dismiss the Complaint, (2) Memorandum in Support of Defendant Winfried Reinke's Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim, and (3) Declaration of Winfried Reinke in Support of Motion to Dismiss on counsel for plaintiffs by delivering to Federal Express, true and correct copies of same, properly enclosed in postpaid wrappers addressed to them at the following addresses designated by them for that purpose:

DM1\2328243.1

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
619-231-1058

ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
631-367-7100

ROBBINS GELLER RUDMAN
  & DOWD LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
415-288-4545

*Nancy Menna*
NANCY MENNA

Sworn to before me this
14th day of September 2010

*Concetta J. Caracciolo*
Notary Public

CONCETTA J. CARACCIOLO
Notary Public, State of New York
No. 01CA4707638
Qualified in Nassau County
Commission Expires Apr. 30, 20 11

DM1\2328243.1