UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

KING COUNTY, WASHINGTON, IOWA STUDENT LOAN
LIQUIDITY CORPORATION, Together and on Behalf of All Others
Similarly Situated,

                      Plaintiffs,

                      v.

IKB DEUTSCHE INDUSTRIEBANK AG, IKB CREDIT ASSET
MANAGEMENT, GmbH, MOODY'S INVESTORS SERVICE, INC.,
MOODY'S INVESTORS SERVICE, LIMITED, THE MCGRAW-
HILL COMPANIES, INC. (d/b/a STANDARD & POOR'S RATING
SERVICES), FITCH, INC., MORGAN STANLEY & CO.,
INCORPORATED, MORGAN STANLEY & CO. INTERNATIONAL
LIMITED, WINFRIED REINKE and STEFAN ORTSEIFEN,

                      Defendants.

CIVIL ACTION NO.
09-CV-8387 (SAS)

-----------------------------------------------------------------------x

## **NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record on behalf of Defendant Fitch, Inc. in the above-captioned action. I certify that I am admitted to practice in this court.

Dated: October 8, 2010
       New York, New York

                                    Respectfully submitted,

                                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                    By: /s/ Mark S. Silver
                                        Mark S. Silver

                                    1285 Avenue of the Americas
                                    New York, New York 10019-6064
                                    (212) 373-3000
                                    mssilver@paulweiss.com
                                    *Attorneys for Defendant Fitch, Inc.*