UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
KING COUNTY, WASHINGTON, et al.,                            :
                                                            :
                Plaintiffs,                                 :
                                                            :     **SCHEDULING ORDER**
        -v.-                                                :
                                                            :     09 Civ. 8387 (SAS)(FM)
IKB DEUTSCHE INDUSTRIEBANK AG, et al.,                      :
                                                            :
                Defendants.                                 :
                                                            :
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/10
```

**FRANK MAAS**
**UNITED STATES MAGISTRATE JUDGE.**

A settlement conference in this matter has been scheduled for December 8, 2010, at 2:00 p.m., in Courtroom 20A, 500 Pearl Street, New York, New York 10007.  My settlement procedures, which counsel are directed to follow, are available on the Court's website.  Any requests for an adjournment must be made in **writing** at least 48 hours prior to the conference.  Counsel for the plaintiff is directed to ensure that all parties to this action are notified of this conference.

        SO ORDERED

Dated:  New York, New York
        October 20, 2010

                                            _____
                                                    FRANK MAAS
                                            United States Magistrate Judge

Copy to:

Honorable Shira A. Scheindlin
United States District Judge