UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------x

| | |
|---|---|
| KING COUNTY, WASHINGTON; IOWA STUDENT LOAN LIQUIDITY CORPORATION, Together and on Behalf of All Others Similarly Situated, <br><br>            Plaintiffs, <br><br>            v. <br><br>IKB DEUTSCHE INDUSTRIEBANK AG; IKB CREDIT ASSET MANAGEMENT, GmbH; MOODY'S INVESTORS SERVICE, INC.; MOODY'S INVESTORS SERVICE, LIMITED; THE MCGRAW-HILL COMPANIES, INC. (d/b/a STANDARD & POOR'S RATING SERVICES); FITCH, INC.; MORGAN STANLEY & CO., INCORPORATED; MORGAN STANLEY & CO. INTERNATIONAL LIMITED; WINFRIED REINKE and STEFAN ORTSEIFEN, <br><br>            Defendants. | CIVIL ACTION NO. 09-CV-8387 (SAS) <br><br>(ECF Case) |

------------------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

I, Mario Aieta, hereby appear as attorney for Defendants Moody's Investors Service, Inc. and Moody's Investors Service, Limited. in this proceeding and request that you provide electronic notification of filings in this case to me at maieta@ssbb.com.

　　/Mario Aieta/____
Mario Aieta
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 404-8172
maieta@ssbb.com
*Attorneys for Defendants Moody's Investors Service, Inc. and Moody's Investors Service Ltd.*

Dated:    New York, New York
          October 27, 2010

818187_1