

# MEMO ENDORS[ED]

**John J.D. McFerrin-Clancy**
Member of the Firm
Tel 646 414 6914
Fax 973 422 6897
jmcferrin-clancy@lowenstein.com

November 30, 2010



**VIA FACSIMILE (212.805.6724) AND HAND DELIVERY**

Honorable Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

Re: *King County, Washington v. IKB Deutsche Industriebank AG, et al.*;
Civil Action No. 09-cv-8387 (SAS) (FM)

Dear Judge Maas:

We represent Defendants IKB Deutsche Industriebank AG and IKB Credit Asset Management GmbH (collectively, "IKB" or the "IKB Defendants"). We write on behalf of all parties to confirm the attendees at the settlement conference in the above-referenced matter, currently scheduled for December 8, 2010.

As set forth in Judge Scheindlin's order, the December 8 conference is to include only Plaintiffs and the IKB Defendants. Judge Scheindlin ordered that Plaintiffs and the remaining Defendants will have a separate settlement conference set for January 2011.

We have conferred with all parties, and all agree that, therefore, the proper attendees for the December 8 conference are Plaintiffs and the IKB Defendants, and no other Defendants will attend. We trust that is Your Honor's understanding as well.

Respectfully submitted,

John J.D. McFerrin-Clancy /MK

It is.
*[signed]* Maas, USMJ
11/30/10

TER:ep

cc: All counsel

21292/12
11/30/10 16227257.1

**MEMO ENDORSED**

Lowenstein Sandler PC   In California, Lowenstein Sandler LLP   www.lowenstein.com

1251 Avenue of the Americas New York, NY 10020 Tel 212 262 6700 Fax 212 262 7402   New York  Palo Alto  Roseland