AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern _____ DISTRICT OF _____ New York

## APPEARANCE

Case Number: 1:09-cv-08387-SAS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Morgan Stanley & Co. Incorporated
Morgan Stanley & Co. International Limited

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/11/2011 | _[signature]_ |
| Date | Signature |
| | William R. Miller, Jr.   WM7480 |
| | Print Name   Bar Number |
| | 450 Lexington Avenue |
| | Address |
| | New York   New York   10017 |
| | City   State   Zip Code |
| | (212) 450-4815   (212) 701-5815 |
| | Phone Number   Fax Number |