✏AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

**APPEARANCE**

Case Number: 1:09-CV-08387-SAS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Morgan Stanley & Co. Incorporated and Morgan Stanley & Co. International Limited

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/11/2011 | s/ Christopher J. Roche |
| Date | Signature |
| | Christopher J. Roche     CR2528 |
| | Print Name     Bar Number |
| | Davis Polk & Wardwell LLP, 450 Lexington Avenue |
| | Address |
| | New York     NY     10017 |
| | City     State     Zip Code |
| | (212) 450-4000     (212) 701-5513 |
| | Phone Number     Fax Number |
| | christopher.roche@davispolk.com |