AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 1:09-CV-08387-SAS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Morgan Stanley & Co. Incorporated and Morgan Stanley & Co. International Limited

I certify that I am admitted to practice in this court.

| 7/12/2011 | s/ Andrew D. Schlichter |
|---|---|
| Date | Signature |

| Andrew D. Schlichter | AS8063 |
|---|---|
| Print Name | Bar Number |

Davis Polk & Wardwell LLP, 450 Lexington Avenue
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 450-4000 | (212) 701-5875 |
|---|---|
| Phone Number | Fax Number |

andrew.schlichter@davispolk.com