UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

KING COUNTY, WASHINGTON, et al.,  :  Master File No. 1:09-cv-08387-SAS
Individually and on Behalf of All Others  :  **(Consolidated)**
Similarly Situated,  :
                              :  CLASS ACTION
                Plaintiffs,  :
                              :  ORDER FOR ADMISSION *PRO HAC VICE*
    vs.                       :
                              :
IKB DEUTSCHE INDUSTRIEBANK AG, et  :
al.,                          :
                              :
                Defendants.   :
                              :
---------------------------------------------------------- x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/11

641181_1

IT IS HEREBY ORDERED that Sarah R. Holloway of Robbins Geller Rudman & Dowd LLP, Post Montgomery Center, One Montgomery Street, Suite 1800, San Francisco, California 94104, telephone number 415/288-4545, fax number 415/288-4534, email address sholloway@rgrdlaw.com, is hereby admitted to practice *pro hac vice* as counsel for plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. This action is assigned to the Electronic Case Filing (ECF) system and counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: 8/3/11

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE