UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------------x

KING COUNTY, WASHINGTON, IOWA STUDENT LOAN
LIQUIDITY CORPORATION, Together and on Behalf of All Others
Similarly Situated,

                            Plaintiffs,

                               v.

IKB DEUTSCHE INDUSTRIEBANK AG, IKB CREDIT ASSET
MANAGEMENT, GmbH, MOODY'S INVESTORS SERVICE, INC.,
MOODY'S INVESTORS SERVICE, LIMITED, THE MCGRAW-
HILL COMPANIES, INC. (d/b/a STANDARD & POOR'S RATING
SERVICES), FITCH, INC., MORGAN STANLEY & CO.,
INCORPORATED, and MORGAN STANLEY & CO.
INTERNATIONAL LIMITED,

                            Defendants.

CIVIL ACTION NO.
09-CV-8387 (SAS)

------------------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record on behalf of Defendant Fitch, Inc. in the above-captioned action. I certify that I am admitted to practice in this court.

Dated: August 8, 2011
       New York, New York

                                       Respectfully submitted,

                                       PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                       By: /s/ Julia Tarver-Mason Wood
                                            Julia Tarver-Mason Wood

                                       1285 Avenue of the Americas
                                       New York, New York 10019-6064
                                       (212) 373-3000
                                       jwood@paulweiss.com
                                       *Attorneys for Defendant Fitch, Inc.*