UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

Kings County, Washington                          :

           Plaintiff(s),                         :

         -against-                              :

IKB Deutsche Industriebank AG,               :
et al.
          Defendant(s).                         :

-----------------------------------------------------------------x

[stamp:] USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5|25|12

ORDER OF DISCONTINUANCE

09 Civ. 8387 (SAS) (FM)

It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

*[handwritten insertions: as against defendant IKB Deutsche Industriebank AG and IKB Credit Asset Management, GMBH, only]*

DATED:      New York, New York
                   May 25, 2012

_____
FRANK MAAS
United States Magistrate Judge


_____
Attorney(s) for Plaintiff
Daniel S. Drosman

Agreed and Consented to:

_____
Kings County, Washington


_____
Attorney(s) for Defendant
Zachary Rosenbaum

Agreed and Consented to:

_____
IKB Defendants

ORDER OF DISCONTINUANCE          Page Two          Date: _5/25/12_____

Case: _King Co., WA., et al. v. IKB Deutsche Industriebank, AG, et al._

Docket No.: _09 Civ. 8387_ (SAS) (FM)

<u>Additional Parties:</u>

_____          _____
Attorney(s) for _Plaintiff_               Attorney(s) for _____
Luke Brooks


Agreed and Consented to:                  Agreed and Consented to:

_____          _____
Iowa Student Loan Liquidity
Corporation

_____          _____
Attorney(s) for _____           Attorney(s) for _____


Agreed and Consented to:                  Agreed and Consented to:



_____          _____
Attorney(s) for _____           Attorney(s) for _____


Agreed and Consented to:                  Agreed and Consented to:



_____          _____