UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |  |
|---|---|---|
| KING COUNTY, WASHINGTON, et al., Individually and on Behalf of All Others Similarly Situated, | x : : : : : : : : : : : : : : : : : : x | Master File No. 1:09-cv-08387-SAS **(Consolidated)** |
| Plaintiffs, | | CLASS ACTION |
| vs. | | CORRECTED DECLARATION OF DANIEL S. DROSMAN IN SUPPORT OF PLAINTIFFS' OMNIBUS MEMORANDUM OF LAW IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(c) AND PLAINTIFFS' RESPONSE TO DEFENDANT FITCH, INC.'S STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1 |
| IKB DEUTSCHE INDUSTRIEBANK AG, et al., | | |
| Defendants. | | |

---

776065_1

I, Daniel S. Drosman, declare as follows:

1.      I am an attorney admitted to practice before this Court, and I am a partner of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for plaintiffs in the above-captioned matter. I submit this Declaration in support of Plaintiffs' Omnibus Memorandum of Law in Support of Their Opposition to Defendants' Motions for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56(c) and Plaintiffs' Response to Defendant Fitch, Inc.'s Statement of Undisputed Material Facts Pursuant to Local Rule 56.1.

2.      Attached are true and correct copies of the following documents:

| TAB | Document Description |
|---|---|
| Tab 1 | Plaintiffs' Deposition Exhibit 280 (Guadagnuolo, November 17, 2011) |
| Tab 2 | *Abu Dhabi Commercial Bank v. Morgan Stanley*, No. 1:08-cv-750-SAS (S.D.N.Y.) ("*ADCB*") Plaintiffs' Deposition Exhibit 689 (November 1, 2011) |
| Tab 3 | *ADCB* Plaintiffs' Deposition Exhibit 339 (Tabe, March 9, 2011) |
| Tab 4 | Plaintiffs' Deposition Exhibit 350 (Katugampola, November 18, 2011) |
| Tab 5 | S&P-IKB 0013239 |
| Tab 6 | S&P-IKB 0082508-09 |
| Tab 7 | MDYS RHNB 012021-27 |
| Tab 8 | Plaintiffs' Deposition Exhibit 278 (Guadagnuolo, November 17, 2011) |
| Tab 9 | Excerpts from the Deposition Transcript of Lapo Guadagnuolo taken on November 17, 2011 |
| Tab 10 | S&P-IKB 0061760-62 |
| Tab 11 | Excerpts from the Deposition Transcript of David Rosa taken on November 29, 2011 |
| Tab 12 | Plaintiffs' Deposition Exhibit 378 (Rosa, November 29, 2011) |
| Tab 13 | FITCH-RHINE 00047584-601 |
| Tab 14 | Excerpts from the Deposition Transcript of Glenn Moore taken on November 30, 2011 |
| Tab 15 | S&P-ADCB 0001196-321 |
| Tab 16 | *ADCB* Plaintiffs' Deposition Exhibit 279 (Drennan, March 1, 2011) |

- 1 -

| Tab 17 | MS_000432583 |
|---|---|
| Tab 18 | Excerpts from the Deposition Transcript of Gregg Drennan taken on March 1, 2011 in *ADCB* |
| Tab 19 | *ADCB* Plaintiffs' Deposition Exhibit 256 (Drennan, February 28, 2011) |
| Tab 20 | Plaintiffs' Deposition Exhibit 259 (Ryan, November 16, 2011) |
| Tab 21 | S&P-IKB 0009486-87 |
| Tab 22 | Plaintiffs' Deposition Exhibit 435 (Wallis, November 30, 2011 |
| Tab 23 | Plaintiffs' Deposition Exhibit 227 (Rhode, November 10, 2011) |
| Tab 24 | Plaintiffs' Deposition Exhibit 349 (Katugampola, November 18, 2011) |
| Tab 25 | BNYM10185368-549 |
| Tab 26 | S&P-IKB 0086474-565 |
| Tab 27 | Plaintiffs' Deposition Exhibit 383 (Rosa, November 29, 2011) |
| Tab 28 | Plaintiffs' Deposition Exhibit 379 (Rosa, November 29, 2011) |
| Tab 29 | IKB000143917-18 |
| Tab 30 | IKB000850390-92 |
| Tab 31 | IKB000850437-39 |
| Tab 32 | IKB000916050-53 |
| Tab 33 | Plaintiffs' Deposition Exhibit 392 (Moore, November 30, 2011) |
| Tab 34 | Plaintiffs' Deposition Exhibit 393 (Moore, November 30, 2011) |
| Tab 35 | Plaintiffs' Deposition Exhibit 394 (Moore, November 30, 2011) |
| Tab 36 | S&P-IKB 0030071-75 |
| Tab 37 | Plaintiffs' Deposition Exhibit 387 (Moore, November 30, 2011) |
| Tab 38 | MDYS RHNB 009774-75 |
| Tab 39 | Excerpts from the Exhibits to the U.S. Senate Permanent Subcommittee on Investigations, entitled *Wall Street and the Financial Crisis: Anatomy of a Financial Collapse* |
| Tab 40 | *ADCB* Plaintiffs' Deposition Exhibit 432 (Fons, April 18, 2011) |
| Tab 41 | *ADCB* Plaintiffs' Deposition Exhibit 561 (Wong, April 25, 2011) |
| Tab 42 | Plaintiffs' Deposition Exhibit 157 (Anderberg, October 21, 2011) |
| Tab 43 | S&P-IKB 0775675-77 |
| Tab 44 | Plaintiffs' Deposition Exhibit 159 (Anderberg, October 21, 2011) |
| Tab 45 | *ADCB* Plaintiffs' Deposition Exhibit 148 (Guadagnuolo, January 13, 2011) |

| Tab 46 | *ADCB* Plaintiffs' Deposition Exhibit 298 (Inglis, March 4, 2011) |
| Tab 47 | *ADCB* Plaintiffs' Deposition Exhibit 190 (Gilkes, January 20, 2011) |
| Tab 48 | *ADCB* Plaintiffs' Deposition Exhibit 195 (Gilkes, January 20, 2011) |
| Tab 49 | *ADCB* Plaintiffs' Deposition Exhibit 189 (Gilkes, January 20, 2011) |
| Tab 50 | *ADCB* Plaintiffs' Deposition Exhibit 154 (Guadagnuolo, January 13, 2011) |
| Tab 51 | Excerpts from the Deposition Transcript of Frank L. Raiter taken on October 29, 2010 in *ADCB* |
| Tab 52 | *ADCB* Plaintiffs' Deposition Exhibit 501 (Jordan, April 20, 2011) |
| Tab 53 | S&P-ADCB 0384639 |
| Tab 54 | Plaintiffs' Deposition Exhibit 290 (Guadagnuolo, November 17, 2011) |
| Tab 55 | Plaintiffs' Deposition Exhibit 292 (Guadagnuolo, November 17, 2011) |
| Tab 56 | *ADCB* Plaintiffs' Deposition Exhibit 417 (Gillis, April 15, 2011) |
| Tab 57 | Excerpts from the Deposition Transcript of Thomas Gillis taken on April 15, 2011 in *ADCB* |
| Tab 58 | *ADCB* Plaintiffs' Deposition Exhibit 351 (Khakee, March 16, 2011) |
| Tab 59 | S&P-IKB 1967291 |
| Tab 60 | *ADCB* Plaintiffs' Deposition Exhibit 210 (Gilkes, January 21, 2011) |
| Tab 61 | Excerpts from the Deposition Transcript of Kai Gilkes taken on January 21, 2011 |
| Tab 62 | S&P-IKB 1886349-89 |
| Tab 63 | S&P-IKB 0745395-410 |
| Tab 64 | Plaintiffs' Deposition Exhibit 293 (Guadagnuolo, November 17, 2011) |
| Tab 65 | *ADCB* Plaintiffs' Deposition Exhibit 49 (Rosa, November 18, 2009) |
| Tab 66 | *ADCB* Plaintiffs' Deposition Exhibit 598 (Clarkson, May 26, 2011) |
| Tab 67 | *ADCB* Plaintiffs' Deposition Exhibit 266 (Drennan, March 1, 2011) |
| Tab 68 | Plaintiffs' Deposition Exhibit 375 (Rosa, November 29, 2011) |
| Tab 69 | *ADCB* Plaintiffs' Deposition Exhibit 343 (Michalek, March 12, 2011) |
| Tab 70 | Excerpts from the Deposition Transcript of Richard Michalek taken on March 12, 2011 in *ADCB* |
| Tab 71 | William J. Harrington, "Comment on SEC Proposed Rules for Nationally Recognized Statistical Rating Organizations", File No. S7-18-11 (August 8, 2011) |
| Tab 72 | MDYS ADCB 294189-95 |

| Tab 73 | *ADCB* Plaintiffs' Deposition Exhibit 587 (Clarkson, May 26, 2011) |
| --- | --- |
| Tab 74 | MDYS ADCB 294196-97 |
| Tab 75 | MDYS ADCB 080002-03 |
| Tab 76 | Plaintiffs' Deposition Exhibit 374 (Rosa, November 29, 2011) |
| Tab 77 | MS_RHI_000094757 |
| Tab 78 | Plaintiffs' Deposition Exhibit 86, 86-T (Bauknecht, October 13, 2011) |
| Tab 79 | Plaintiffs' Deposition Exhibit 44 (De Haan, September 22, 2011) |
| Tab 80 | Excerpts from the Deposition Transcript of Klauss Bauknecht taken on October 13, 2011 |
| Tab 81 | *ADCB* Plaintiffs' Deposition Exhibit 324 (Tabe, March 9, 2011) |
| Tab 82 | MDYS ADCB 1096861 |
| Tab 83 | MDYS ADCB 1235283 |
| Tab 84 | *ADCB* Plaintiffs' Deposition Exhibit 592 (Clarkson, May 26, 2011) |
| Tab 85 | MDYS ADCB 368265 |
| Tab 86 | Plaintiffs' Deposition Exhibit 373 (Rosa, November 29, 2011) |
| Tab 87 | *ADCB* Plaintiffs' Deposition Exhibit 382 (Rosa, April 5, 2011) |
| Tab 88 | Excerpts from the Deposition Transcript of  David Rosa taken on November 18, 2009 in *ADCB* |
| Tab 89 | Excerpts from the Deposition Transcript of Henry Tabe taken on March 8, 2011 in *ADCB* |
| Tab 90 | *ADCB* Plaintiffs' Deposition Exhibit 581 (Clarkson, May 26, 2011) |
| Tab 91 | Plaintiffs' Deposition Exhibit 382 (Rosa, November 29, 2011) |
| Tab 92 | Plaintiffs' Deposition Exhibit 384 (Rosa, November 29, 2011) |
| Tab 93 | FITCH-RHINE 00128249-56 |
| Tab 94 | Plaintiffs' Deposition Exhibit 458 (Bund, March 21, 2012) |
| Tab 95 | Excerpts from the Deposition Transcript of Stefan Bund taken on March 21, 2012 |
| Tab 96 | FITCH-RHINE 00015585 |
| Tab 97 | Plaintiffs' Deposition Exhibit 391 (Moore, November 30, 2011) |
| Tab 98 | FITCH-RHINE 00052882-83 |
| Tab 99 | FITCH-RHINE 00133737-49 |
| Tab 100 | Plaintiffs' Deposition Exhibit 403 (Moore, November 30, 2011) |
| Tab 101 | Plaintiffs' Deposition Exhibit 398 (Moore, November 30, 2011) |

| Tab 102 | FITCH-RHINE 00001460-77 |
| --- | --- |
| Tab 103 | *ADCB* Plaintiffs' Deposition Exhibit 75 (Raiter, October, 28, 2010) |
| Tab 104 | Excerpts from the Deposition Transcript of Lapo Guadagnuolo taken on November 14, 2011 |
| Tab 105 | Excerpts from the Deposition Transcript of Kevin Duignan taken on November 21, 2011 |
| Tab 106 | Excerpts from the Deposition Transcript of David Rosa taken on April 6, 2011 in *ADCB* |
| Tab 107 | Transcript of The McGraw Hill Companies at Credit Suisse Global Services Conference (Main Session) (March 13, 2006) |
| Tab 108 | *ADCB* Plaintiffs' Deposition Exhibit 77 (Raiter, October 28, 2010) |
| Tab 109 | Excerpts from the Deposition Transcript of Frank L. Raiter taken on October 28, 2010 |
| Tab 110 | *ADCB* Plaintiffs' Deposition Exhibit 84 (Raiter, October 28, 2010) |
| Tab 111 | *ADCB* Plaintiffs' Deposition Exhibit 201 (Gilkes, January 21, 2011) |
| Tab 112 | *ADCB* Plaintiffs' Deposition Exhibit 203 (Gilkes, January 21, 2011) |
| Tab 113 | *ADCB* Plaintiffs' Deposition Exhibit 211 (Gilkes, January 21, 2011) |
| Tab 114 | *ADCB* Plaintiffs' Deposition Exhibit 561(Wong, April 25, 2011) |
| Tab 115 | *ADCB* Plaintiffs' Deposition Exhibit 579 (Scott, April 28, 2011) |
| Tab 116 | *ADCB* Plaintiffs' Deposition Exhibit 241 (Kolchinsky, February 18, 2011) |
| Tab 117 | *ADCB* Plaintiffs' Deposition Exhibit 179 (Guadagnuolo, January 14, 2011) |
| Tab 118 | *ADCB* Plaintiffs' Deposition Exhibit 313 (Tabe, March 8, 2011) |
| Tab 119 | *ADCB* Plaintiffs' Deposition Exhibit 600 (Clarkson, May 26, 2011) |
| Tab 120 | Excerpts from the Deposition Transcript of Brian Clarkson taken on May 26, 2011 |
| Tab 121 | Excerpts from the Deposition Transcript of Ilya Kolchinsky taken on February 28, 2011 in *ADCB* |
| Tab 122 | *ADCB* Plaintiffs' Deposition Exhibit 434 (Fons, April 18, 2011) |
| Tab 123 | Excerpts from the Deposition Transcript of Jerome S. Fons taken on April 18, 2011 in *ADCB* |
| Tab 124 | *ADCB* Plaintiffs' Deposition Exhibit 608 (Kornfield, June 28, 2011) |
| Tab 125 | *ADCB* Plaintiffs' Deposition Exhibit 591 (Clarkson, May 26, 2011) |
| Tab 126 | *ADCB* Plaintiffs' Deposition Exhibit 558 (Wong, April 25, 2011) |

| Tab 127 | IKB002487146-48 |
|---------|-----------------|
| Tab 128 | IKB002487149-57 |
| Tab 129 | IKB002487158-59 |
| Tab 130 | S&P-ADCB 0532876-91 |
| Tab 131 | *ADCB* Plaintiffs' Deposition Exhibit 676 (Kirnon, July 28, 2011) |
| Tab 132 | MDYS ADCB 992546-626 |
| Tab 133 | CRDT_RTG_EXH_0000015-25 |
| Tab 134 | MS_000007149 |
| Tab 135 | FI-ABUDHABI 00038-62 |
| Tab 136 | Plaintiffs' Deposition Exhibit 355 (Duignan, November 21, 2011) |
| Tab 137 | Plaintiffs' Deposition Exhibit 451 (Ottley, November 30, 2011) |
| Tab 138 | Plaintiffs' Deposition Exhibit 449 (Bund, March 21, 2012) |
| Tab 139 | Defendants' Deposition Exhibit 34 (Pinkus, October 20, 2011) |
| Tab 140 | FITCH-RHINE 00057448-49 |
| Tab 141 | Excerpts from the Deposition Transcript of Kai Gilkes taken on January 20, 2011 in *ADCB* |
| Tab 142 | *ADCB* Plaintiffs' Deposition Exhibit 588 (Clarkson, May 26, 2011) |
| Tab 143 | Excerpts from the Deposition Transcript of Navindu Katugampola taken on November 17, 2011 |
| Tab 144 | MS_RHI_000258501-03 |
| Tab 145 | MS_RHI_000306687-88 |
| Tab 146 | MS_RHI_000098527 |
| Tab 147 | Plaintiffs' Deposition Exhibit 411 (Drennan, December 8, 2011) |
| Tab 148 | S&P-IKB 0012243-44 |
| Tab 149 | IKB 000657089-90 |
| Tab 150 | Plaintiffs' Deposition Exhibit 421 (Drennan, December 8, 2011) |
| Tab 151 | Plaintiffs' Deposition Exhibit 346 (Katugampola, November 18, 2011) |
| Tab 152 | Plaintiffs' Deposition Exhibit 428 (Drennan, December 8, 2011) |
| Tab 153 | Plaintiffs' Deposition Exhibit 429 (Drennan, December 8, 2011) |
| Tab 154 | MDYS RHNB 041361-534 |
| Tab 155 | S&P-IKB 0050282-461 |

776065_1

| Tab 156 | MS_RHI_000249219-20 |
|---------|---------------------|
| Tab 157 | MS_RHI_000296478-79 |
| Tab 158 | Plaintiffs' Deposition Exhibit 338 (Katugampola, November 17, 2011) |
| Tab 159 | MS_000622539-41 |
| Tab 160 | MS_RHI_000016356-59 |
| Tab 161 | Plaintiffs' Deposition Exhibit 337 (Katugampola, November 17, 2011) |
| Tab 162 | MS_000748972-74 |
| Tab 163 | Plaintiffs' Deposition Exhibit 339 (Katugampola, November 17, 2011) |
| Tab 164 | Plaintiffs' Deposition Exhibit 339A (Katugampola, November 18, 2011) |
| Tab 165 | Plaintiffs' Deposition Exhibit 340 (Katugampola, November 17, 2011) |
| Tab 166 | Plaintiffs' Deposition Exhibit 345 (Katugampola, November 18, 2011) |
| Tab 167 | MS_RHI_003065396-98 |
| Tab 168 | MS_RHI_001258129-57 |
| Tab 169 | MS_RHI_000592703-48 |
| Tab 170 | Excerpts from the Deposition Transcript of Anton Peterson taken on November 22, 2011 in *ADCB* |
| Tab 171 | MS_RHI_000658064 |
| Tab 172 | MS_RHI_001756493-95 |
| Tab 173 | *ADCB* Plaintiffs' Deposition Exhibit 700 (Peterson, November 22, 2011) |
| Tab 174 | *ADCB* Plaintiffs' Deposition Exhibit 701 (Peterson, November 22, 2011) |
| Tab 175 | Exhibit 6 to September 7, 2011 letter to the Court in *ADCB* |
| Tab 176 | *ADCB* Plaintiffs' Deposition Exhibit 699 (Peterson, November 22, 2011) |
| Tab 177 | MS_001352153 |
| Tab 178 | Exhibit 7 to September 7, 2011 letter to the Court in *ADCB* |
| Tab 179 | MS_RHI_001323257-59 |
| Tab 180 | MS_RHI_001323157-80 |
| Tab 181 | MS_RHI_001323152 |
| Tab 182 | MS_RHI_001756460-62 |
| Tab 183 | MS_RHI_001323156 |
| Tab 184 | MS_RHI_003062315-16 |
| Tab 185 | MS_RHI_001422949-53 |

- 7 -

| Tab 186 | MS_RHI_000557922 |
| Tab 187 | MS_RHI_002427430-31 |
| Tab 188 | MS_RHI_002434427 |
| Tab 189 | MS_RHI_002431472 |
| Tab 190 | MS_RHI_001402826 |
| Tab 191 | MS_RHI_002403505 |
| Tab 192 | MS_RHI_000904091-96 |
| Tab 193 | MS_RHI_000979001-02 |
| Tab 194 | MS_RHI_003110795-98 |
| Tab 195 | MS_RHI_002048847 |
| Tab 196 | MS_RHI_002648279 |
| Tab 197 | MS_RHI_000658064 |
| Tab 198 | MS_RHI_000658071 |
| Tab 199 | MS_RHI_002648661-62 |
| Tab 200 | MS_RHI_000658217-18 |
| Tab 201 | MS_RHI_002739508 |
| Tab 202 | MS_RHI_002291624-28 |
| Tab 203 | MS_RHI_002758176-77 |
| Tab 204 | MS_RHI_000626702-03 |
| Tab 205 | MS_RHI_002467092 |
| Tab 206 | MS_RHI_003040814-15 |
| Tab 207 | MS_RHI_001770016-17 |
| Tab 208 | MS_RHI_002755095-96 |
| Tab 209 | MS_RHI_002755287 |
| Tab 210 | MS_RHI_000575050-102 |
| Tab 211 | MS_RHI_002739514-18 |
| Tab 212 | MS_RHI_002570054 |
| Tab 213 | MS_RHI_002562586-88 |
| Tab 214 | MS_RHI_002562593-96 |
| Tab 215 | MS_RHI_002569995-99 |
| Tab 216 | MS_RHI_002573087-91 |

- 8 -

| Tab 217 | MS_RHI_002300823-26 |
| Tab 218 | MS_RHI_002491291 |
| Tab 219 | MS_RHI_001817697-98 |
| Tab 220 | MS_RHI_002689034 |
| Tab 221 | MS_RHI_000631156-57 |
| Tab 222 | MS_RHI_000667439-41 |
| Tab 223 | MS_RHI_000669836-37 |
| Tab 224 | MS_RHI_001144323-28 |
| Tab 225 | MS_RHI_000948117-20 |
| Tab 226 | MS_RHI_000948121-25 |
| Tab 227 | MS_RHI_002522182-83 |
| Tab 228 | MS_RHI_002683309-10 |
| Tab 229 | MS_RHI_001445300-01 |
| Tab 230 | MS_RHI_000663146-50 |
| Tab 231 | MS_RHI_001107061-68 |
| Tab 232 | MS_RHI_000661625-26 |
| Tab 233 | MS_RHI_001445631-32 |
| Tab 234 | MS_RHI_000675053-55 |
| Tab 235 | MS_RHI_000672586-87 |
| Tab 236 | MS_RHI_000675138-39 |
| Tab 237 | MS_RHI_000675610-11 |
| Tab 238 | MS_RHI_000673454-55 |
| Tab 239 | MS_RHI_003336444-46 |
| Tab 240 | MS_RHI_000914444-45 |
| Tab 241 | MS_RHI_001388242-44 |
| Tab 242 | MS_RHI_000683798-800 |
| Tab 243 | MS_RHI_000683909-11 |
| Tab 244 | MS_RHI_002931697 |
| Tab 245 | MS_RHI_001847750 |
| Tab 246 | MS_RHI_003022274-75 |
| Tab 247 | MS_RHI_000915774-75 |

| Tab 248 | MS_RHI_001203154-64 |
|---------|---------------------|
| Tab 249 | MS_RHI_000671363-64 |
| Tab 250 | MS_RHI_001107058-60 |
| Tab 251 | MS_RHI_002317310-11 |
| Tab 252 | *ADCB* Plaintiffs' Deposition Exhibit 52 (Rosa, November 18, 2009) |
| Tab 253 | MS_000272610-11 |
| Tab 254 | IKB000071956 |
| Tab 255 | IKB000496241-42 |
| Tab 256 | Plaintiffs' Deposition Exhibit 404 (Drennan, December 8, 2011) |
| Tab 257 | MS_ RHI_000088964-69 |
| Tab 258 | Plaintiffs' Deposition Exhibit 426 (Wallis, November 30, 2011) |
| Tab 259 | *ADCB* Plaintiffs' Deposition Exhibit 341 (Michalek, March 12, 2011) |
| Tab 260 | Plaintiffs' Deposition Exhibit 405 (Drennan, December 8, 2011) |
| Tab 261 | Plaintiffs' Deposition Exhibit 410 (Drennan, December 8, 2011) |
| Tab 262 | Excerpts from the Deposition Transcript of Gregg Drennan taken on February 28, 2011 in *ADCB* |
| Tab 263 | Morgan Stanley ABS Capital I Inc. Form 8-K , dated June 30, 2004 |
| Tab 264 | MS_000137616-51 |
| Tab 265 | MS_000597348-49 |
| Tab 266 | "Howie Hubler of New Jersey: The Return of a Subprime Villain," *N.Y. Observer*, Mar. 24, 2010 |
| Tab 267 | Daniel Gross, "Eve of Destruction," *N.Y. Times*, Apr. 18, 2010 |
| Tab 268 | MS_RHI_000123021-25 |
| Tab 269 | MS_RHI_000353319 |
| Tab 270 | IKB003751689 |
| Tab 271 | MDYS RHNB 050285-89 |
| Tab 272 | Plaintiffs' Deposition Exhibit 347 (Katugampola, November 18, 2011) |
| Tab 273 | MS_RHI_000086226-27 |
| Tab 274 | Transcript of September 11, 2012 hearing in *ADCB* |
| Tab 275 | Transcript of February 8, 2012 hearing in *ADCB* |
| Tab 276 | IKB_H000000917-69 |

| Tab 277 | *ADCB* Plaintiffs' Deposition Exhibit 619 (Mallinson, July 15, 2011) |
| Tab 278 | *ADCB* Plaintiffs' Deposition Exhibit 257 (Drennan, February 28, 2011) |
| Tab 279 | Excerpts from the Deposition Transcript of Bernd Claussen taken on November 10, 2011 |
| Tab 280 | Excerpts from the Deposition Transcript of Henry Tabe taken on March 9, 2011 in *ADCB* |
| Tab 281 | *ADCB* Plaintiffs' Deposition Exhibit 336 (Tabe, March 9, 2011) |
| Tab 282 | *ADCB* Plaintiffs' Deposition Exhibit 684 (Kirnon, July 28, 2011) |
| Tab 283 | MDYS ADCB 994635-72 |
| Tab 284 | *ADCB* Plaintiffs' Deposition Exhibit 515 (Jordan, April 20, 2011) |
| Tab 285 | *ADCB* Plaintiffs' Deposition Exhibit 347 (Khakee, March 16, 2011) |
| Tab 286 | *ADCB* Plaintiffs' Deposition Exhibit 93 (Raiter, October 28, 2010) |
| Tab 287 | Excerpts from the Deposition Transcript of Kenneth Guy taken on November 7, 2011 |
| Tab 288 | Excerpts from the Deposition Transcript of  Kenneth Guy taken on February 9, 2010 in *ADCB* |
| Tab 289 | Excerpts from the Deposition Transcript of Michael Errol Smith taken on December 13, 2011 |
| Tab 290 | Excerpts from the Deposition Transcript of Ronald Foresman taken on November 29, 2011 |
| Tab 291 | Excerpts from the Deposition Transcript of Ron Foresman taken on February 1, 2012 |
| Tab 292 | Defendants' Deposition Exhibit 148 (Foresman, February 1, 2012) |
| Tab 293 | Excerpts from the Deposition Transcript of David V. Sommers taken on January 31, 2012 |
| Tab 294 | Defendants' Deposition Exhibit 92 (Foresman, November 29, 2011) |
| Tab 295 | Defendants' Deposition Exhibit 89 (Foresman, November 29, 2011) |
| Tab 296 | Defendants' Deposition Exhibit 93 (Foresman, November 29, 2011) |
| Tab 297 | MS_RHI_000125833-34 |
| Tab 298 | Plaintiffs' Deposition Exhibit 425 (Drennan, December 8, 2011) |
| Tab 299 | Excerpts from the Deposition Transcript of Amrit Bains taken on June 29, 2011 |
| Tab 300 | Plaintiffs' Deposition Exhibit 33 (Bains, June 29, 2011) |
| Tab 301 | IKB000092603-04 |

776065_1

| Tab 302 | IKB000062496-97 |
| --- | --- |
| Tab 303 | IKB000013105 |
| Tab 304 | S&P-ADCB 0094533-35 |
| Tab 305 | Excerpts from the Deposition Transcript of Amrit Bains taken on June 30, 2011 |
| Tab 306 | Defendants' Deposition Exhibit 34 (Scott, November 29, 2011) |
| Tab 307 | Plaintiffs' Deposition Exhibit 4 (Bains, June 29, 2011) |
| Tab 308 | IKB000004902 |
| Tab 309 | Plaintiffs' Deposition Exhibit 288 (Guadagnuolo, November 17, 2011) |
| Tab 310 | MS_RHI000038711-885 |
| Tab 311 | MS_RHI_000015328-33 |
| Tab 312 | IKB000106711-27 |
| Tab 313 | IKB003623089-102 |
| Tab 314 | Plaintiffs' Deposition Exhibit 35 (Bains, June 29, 2011) |
| Tab 315 | MDYS ADCB 735195-272 |
| Tab 316 | David Fiderer, "The Panic of 2007 and Blind Faith in Fatally Flawed AAA Ratings", OpEdNews.com (September 20, 2012) |
| Tab 317 | Plaintiffs' Deposition Exhibit 344 (Katugampola, November 18, 2011) |
| Tab 318 | Plaintiffs' Deposition Exhibit 101 (Bauknecht, October 13, 2011) |
| Tab 319 | IKB000060088-89 |
| Tab 320 | Plaintiffs' Deposition Exhibit 240 (Rhode, November 11, 2011) and its translation |
| Tab 321 | *ADCB* Plaintiffs' Deposition Exhibit 325 (Tabe, March 9, 2011) |
| Tab 322 | Plaintiffs' Deposition Exhibit 249 (Ryan, November 16, 2011) |
| Tab 323 | Plaintiffs' Deposition Exhibit 427 (Drennan, December 8, 2011) |
| Tab 324 | IKB000055257 |
| Tab 325 | Plaintiffs' Deposition Exhibit 439 (Wallis, November 30, 2011) |
| Tab 326 | S&P-IKB 0143140-61 |
| Tab 327 | FITCH-RHINE SUPP 0000766-68 |
| Tab 328 | FITCH-RHINE 00051613-14 |
| Tab 329 | Plaintiffs' Deposition Exhibit 262 (Ryan, November 16, 2011) |
| Tab 330 | Plaintiffs' Deposition Exhibit 367 (Duignan, November 21, 2011) |

| | |
|---|---|
| Tab 331 | FITCH-RHINE 00049618-21 |
| Tab 332 | Plaintiffs' Deposition Exhibit 461 (Bund, March 21, 2012) |
| Tab 333 | Plaintiffs' Deposition Exhibit 126 (Pinkus, October 21, 2011) |
| Tab 334 | IKB 000819578 |
| Tab 335 | FITCH-RHINE 00059421-22 |
| Tab 336 | Defendants' Deposition Exhibit 102 (Foresman, November 29, 2011) |
| Tab 337 | IKB003206892-911 |
| Tab 338 | IKB000121392-99 |
| Tab 339 | IKB000014241-65 |
| Tab 340 | S&P-IKB 0071208-15 |
| Tab 341 | FITCH-RHINE 00055567-72 |
| Tab 342 | IKB000031875-76 |
| Tab 343 | ISL-e0008509 |
| Tab 344 | IKB 000829769-70 |
| Tab 345 | IKB 000486710-11 |
| Tab 346 | MDYS RHNB 050307-10 |
| Tab 347 | IKB 001076503-04 |
| Tab 348 | IKB000001463 |
| Tab 349 | IKB000023353-54 |
| Tab 350 | MS_000803832-51 |
| Tab 351 | IKB000210593 |
| Tab 352 | Plaintiffs' Deposition Exhibit 385 (Moore, November 30, 2011) |
| Tab 353 | FITCH-RHINE SUPP 00000001-3 |
| Tab 354 | Plaintiffs' Deposition Exhibit 386 (Moore, November 30, 2011) |
| Tab 355 | FITCH-RHINE 00016661-62 |
| Tab 356 | FITCH-RHINE 00007575 |
| Tab 357 | FITCH-RHINE 00008565 |
| Tab 358 | FITCH-RHINE 00051782-84 |
| Tab 359 | FITCH-RHINE 00012057-58 |
| Tab 360 | FITCH-RHINE 00015582-83 |
| Tab 361 | FITCH-RHINE 00030651-65 |

| | |
|---|---|
| Tab 362 | FITCH-RHINE 00002333-45 |
| Tab 363 | FITCH-RHINE SUPP 00000543-631 |
| Tab 364 | Plaintiffs' Deposition Exhibit 466 (Bund, March 21, 2012) |
| Tab 365 | Plaintiffs' Deposition Exhibit 462 (Bund, March 21, 2012) |
| Tab 366 | S&P-ADCB 0176922-29 |
| Tab 367 | Plaintiffs' Deposition Exhibit 464 (Bund, March 21, 2012) |
| Tab 368 | FITCH-RHINE 00015758-59 |
| Tab 369 | FITCH-RHINE 00067521-24 |
| Tab 370 | FITCH-RHINE 00008569-70 |
| Tab 371 | FITCH-RHINE 00052303-16 |
| Tab 372 | FITCH-RHINE 00012573 |
| Tab 373 | FITCH-RHINE 00119980-84 |
| Tab 374 | FITCH-RHINE 00122903-14 |
| Tab 375 | FITCH-RHINE 00010400-07 |
| Tab 376 | FITCH-RHINE 00132182 |
| Tab 377 | FITCH-RHINE 00132318 |
| Tab 378 | FITCH-RHINE 00132198 |
| Tab 379 | FITCH-RHINE 00129237-40 |
| Tab 380 | Defendants' Deposition Exhibit 120 (Moore, November 30, 2011) |
| Tab 381 | FITCH-RHINE 00053668 |
| Tab 382 | FITCH-RHINE 00053471-72 |
| Tab 383 | IKB002385726 |
| Tab 384 | IKB000001436 |
| Tab 385 | IKB000005910 |
| Tab 386 | IKB000004238 |
| Tab 387 | IKB001595166 |
| Tab 388 | FITCH-RHINE 00047568 |
| Tab 389 | Plaintiffs' Deposition Exhibit 460 (Bund, March 21, 2012) |
| Tab 390 | FITCH-RHINE 00049732-34 |
| Tab 391 | FITCH-RHINE 00049633 |
| Tab 392 | FITCH-RHINE 00058642-43 |

| Tab 393 | FITCH-RHINE 00050412-19 |
|---------|-------------------------|
| Tab 394 | FITCH-RHINE 00005225 |
| Tab 395 | FITCH-RHINE 00051094-95 |
| Tab 396 | FITCH-RHINE 00050895-900 |
| Tab 397 | Plaintiffs' Deposition Exhibit 387 (Moore, November 30, 2011) |
| Tab 398 | Defendants' Deposition Exhibit 129 (Smith, December 13, 2011) |
| Tab 399 | MS_001349252 |
| Tab 400 | MS_RHI_000120457-58 |
| Tab 401 | MS_RHI_000606275-324 |
| Tab 402 | MS_RHI_000609577-622 |
| Tab 403 | MS_RHI_000625824-25 |
| Tab 404 | MS_RHI_000697138 |
| Tab 405 | MS_RHI_000828562-66 |
| Tab 406 | MS_RHI_000835269-72 |
| Tab 407 | MS_RHI_000851786-89 |
| Tab 408 | MS_RHI_000898556-59 |
| Tab 409 | MS_RHI_000914437-43 |
| Tab 410 | MS_RHI_000991786-833 |
| Tab 411 | MS_RHI_001404362 |
| Tab 412 | MS_RHI_001404737-74 |
| Tab 413 | MS_RHI_001476823-27 |
| Tab 414 | MS_RHI_002105460-62 |
| Tab 415 | MS_RHI_002434428 |
| Tab 416 | MS_RHI_002933948-4043 |
| Tab 417 | MS_RHI_002935259 |
| Tab 418 | MS_RHI_002935327-28 |
| Tab 419 | MS_RHI_002935330 |
| Tab 420 | MS_RHI_002937101-02 |
| Tab 421 | MS_RHI_002937472-73 |
| Tab 422 | MS_RHI_002937525-30 |
| Tab 423 | MS_RHI_002937555-617 |

| Tab 424 | MS_RHI_002941609-36 |
| Tab 425 | Plaintiffs' Deposition Exhibit 348 (Katugampola, November 18, 2011) |
| Tab 426 | KC0009682 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 10th day of October, 2012, at San Diego, California.

s/ DANIEL S. DROSMAN
DANIEL S. DROSMAN

- 16 -

776065_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 10, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 10, 2012.

s/ DANIEL S. DROSMAN
DANIEL S. DROSMAN

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:dand@rgrdlaw.com

# Mailing Information for a Case 1:09-cv-08387-SAS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Floyd Abrams**
  fabrams@cahill.com

- **Mario Aieta**
  maieta@ssbb.com,managingclerk@ssbb.com,marioaieta@gmail.com,dgerard@ssbb.com

- **Darryl J. Alvarado**
  dalvarado@rgrdlaw.com,nhorstman@rgrdlaw.com

- **X Jay Alvarez**
  jaya@rgrdlaw.com

- **Anne L. Box**
  abox@scott-scott.com

- **Luke Orion Brooks**
  lukeb@rgrdlaw.com

- **James A. Caputo**
  jimc@rgrdlaw.com

- **Jarrett Scott Charo**
  jcharo@rgrdlaw.com

- **Dai Wai Chin Feman**
  dchinfeman@ssbb.com

- **James J. Coster**
  jcoster@ssbb.com,managingclerk@ssbb.com

- **Patrick Joseph Coughlin**
  patc@rgrdlaw.com

- **Jason Cassidy Davis**
  jdavis@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Daniel S. Drosman**
  ddrosman@rgrdlaw.com,E_File_SD@rgrdlaw.com,tholindrake@rgrdlaw.com

- **Andrew James Ehrlich**
  aehrlich@paulweiss.com

- **Martin Flumenbaum**
  mflumenbaum@paulweiss.com

- **Jessica Lynn Freese**
  jessica.freese@davispolk.com

- **Jason Michael Hall**
  jhall@cahill.com

- **Roberta Ann Kaplan**

rkaplan@paulweiss.com

- **Justin Evan Klein**
  jklein@ssbb.com,managingclerk@ssbb.com

- **Brian T Markley**
  bmarkley@cahill.com

- **William Ross Miller , Jr**
  william.miller@dpw.com,ecf.ct.papers@dpw.com

- **Antonio Jorge Perez-Marques**
  antonio.perez@dpw.com,ecf.ct.papers@dpw.com

- **James J. Regan**
  jregan@ssbb.com,managingclerk@ssbb.com

- **Dean I. Ringel**
  DRingel@Cahill.com,JHall@cahill.com

- **Christopher Joseph Roche**
  croche@kaplanrice.com,cfaber@kaplanrice.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **James P. Rouhandeh**
  james.rouhandeh@dpw.com,ecf.ct.papers@davispolk.com

- **Tammy Lynn Roy**
  troy@cahill.com,ndelutri@cahill.com,mmcloughlin@cahill.com,nmarcantonio@cahill.com

- **Christina A. Royce**
  croyce@rgrdlaw.com

- **Joshua M. Rubins**
  jrubins@ssbb.com,managingclerk@ssbb.com,jdoty@ssbb.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Andrew Dickens Schlichter**
  andrew.schlichter@dpw.com

- **Jessica T. Shinnefield**
  jshinnefield@rgrdlaw.com

- **Mark Steven Silver**
  mssilver@paulweiss.com

- **Tobias James Stern**
  tstern@paulweiss.com

- **Thomas S. Wiswall**
  twiswall@phillipslytle.com,jgroat@phillipslytle.com,ecfphillips@phillipslytle.com

- **Julia Tarver-Mason Wood**
  jmason@paulweiss.com

- **Aaron Mark Zeisler**
  azeisler@ssbb.com,managingclerk@ssbb.com

- **Adam N. Zurofsky**
  azurofsky@cahill.com,MMcLoughlin@cahill.com,NMarcantonio@cahill.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Donna M Ioffredo**
Paul, Weiss, Rifkind, Wharton & Garrison, LLP (DC)
2001 K Street, N.W.
5th Floor
Washington, DC 20006

**David C. Walton**
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, L.L.P.
655 W. Broadway
Suite 1900
San Diego, CA 92101-3301