UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| KING COUNTY, WASHINGTON and IOWA STUDENT LOAN LIQUIDITY CORPORATION,<br><br>Plaintiffs,<br><br>- against –<br><br>MORGAN STANLEY & CO. INC., MORGAN STANLEY & CO. INTERNATIONAL LTD., MOODY'S INVESTORS SERVICE, INC., MOODY'S INVESTORS SERVICE LTD., STANDARD & POOR'S RATINGS SERVICES, and THE MCGRAW-HILL COMPANIES, INC.,<br><br>Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>1:09-cv-08387-SAS **(Consolidated)**<br><br>**ECF Case** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel on behalf of Plaintiffs Iowa Student Loan Liquidity Corporation and King County, Washington (collectively, "Plaintiffs") and Defendants Morgan Stanley & Co. Incorporated, Morgan Stanley & Co. International Limited, Standard & Poor's Ratings Services, The McGraw-Hill Companies, Inc., Moody's Investors Service, Inc., and Moody's Investors Service Ltd., being all remaining parties in the above-entitled action, that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-entitled action be and is hereby dismissed with prejudice, with each party to bear its own costs.

Dated: New York, New York
April 24, 2013

                                            ROBBINS GELLER RUDMAN
                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   

                   ROBBINS GELLER RUDMAN
                      & DOWD LLP
                   DANIEL S. DROSMAN
                   JAMES A. CAPUTO
                   DARRYL J. ALVARADO

                   /s/ Daniel S. Drosman
                   DANIEL S. DROSMAN

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
jcaputo@rgrdlaw.com
dalvarado@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
LUKE O. BROOKS
JASON C. DAVIS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
lukeb@rgrdlaw.com
jdavis@rgrdlaw.com

Attorneys for Plaintiffs

DATED: April 24, 2013

DAVIS POLK & WARDWELL LLP
JAMES P. ROUHANDEH
ANTONIO J. PEREZ-MARQUES
PAUL S. MISHKIN

_____
JAMES P. ROUHANDEH

450 Lexington Avenue
New York, NY 10017
Telephone: 212/450-4000
212/701-5800 (fax)
james.rouhandeh@davispolk.com
antonio.perez@davispolk.com
paul.mishkin@davispolk.com

Attorneys for Defendants Morgan Stanley & Co. Incorporated (n/k/a Morgan Stanley & Co. LLC) and Morgan Stanley & Co. International Limited (n/k/a Morgan Stanley & Co. International plc)

DATED: April 24th, 2013

GIBSON, DUNN & CRUTCHER LLP
MARK A. KIRSCH
JOEL M. COHEN
LAWRENCE J. ZWEIFACH
CHRISTOPHER M. JORALEMON
MARY KAY DUNNING

_____
MARK A. KIRSCH

200 Park Avenue, 48th Floor
New York, NY 10166
Telephone: 212/351-4000
212/351-4035 (fax)
mkirsch@gibsondunn.com
jcohen@gibsondunn.com
lzweifach@gibsondunn.com
cjoralemon@gibsondunn.com
mkdunning@gibsondunn.com

Attorneys for Defendants Moody's Investors Service, Inc. and Moody's Investors Service, Ltd.

DATED: April 24, 2013

SATTERLEE STEPHENS BURKE & BURKE LLP
JOSHUA M. RUBINS
JAMES J. COSTER
MARIO AIETA

_____
JOSHUA M. RUBINS

230 Park Avenue
11th Floor
New York, New York 10169
(212) 818-9200
jrubins@ssbb.com
jcoster@ssbb.com
maieta@ssbb.com

Attorneys for Defendants Moody's Investors Service, Inc. and Moody's Investors Service Ltd.

4

DATED: April 24, 2013

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS
DEAN RINGEL
CHARLES A. GILMAN
TAMMY L. ROY
JASON M. HALL

_____
DEAN RINGEL

80 Pine Street
New York, NY 10005
Telephone: 212/701-3000
212/269-5420 (fax)
fabrams@cahill.com
dringel@cahill.com
cgilman@cahill.com
troy@cahill.com
jhall@cahill.com

Attorneys for Defendants Standard & Poor's Ratings Services and The McGraw-Hill Companies, Inc.

**SO ORDERED, this ___ day of April 2013**


_____
Hon. Shira A. Scheindlin
United States District Judge